# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| LEDOUX M. WATTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:18-cv-00470 |
| | ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| | ) | |
| Defendants. | ) | |

## **O R D E R**

On June 4, 2019, the magistrate judge issued a Report and Recommendation (Docket No. 29), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that the plaintiff's Motion for Summary Judgment (Docket No. 24) is DENIED, and the decision of the Commissioner is AFFIRMED.

This Order constitutes the judgment in this case.

It is so **ORDERED.**

Enter this 25th day of June 2019.

_____
ALETA A. TRAUGER
U.S. District Judge